UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-cr-0807-AGS |
|---|---|
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE JOINT MOTION TO CONTINUE (ECF 22)** |
| v. | |
| Carlos VAZQUEZ, | |
| Defendant. | |

The parties seek a time-excluded continuance of the July 24, 2023 hearing "to pursue further investigation and allow adequate time to prepare for trial." (ECF 22, at 1.) But they proffer no facts whatsoever to support that request. To grant an ends-of-justice time-exclusion under the Speedy Trial Act, the court "must consider" various factors under 18 U.S.C. § 3161(h)(7)(B) and then—based on those factors—make "on-the-record findings" that the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." *See Zedner v. United States*, 547 U.S. 489, 508-09 (2006) (citation omitted). A conclusory statement that more time is needed for investigation and preparation offers no specific facts from which the court could make these findings. Likewise, the parties' agreement that such an extension is necessary makes no difference to the analysis. An ends-of-justice exclusion cannot be granted "on the grounds of mere consent or waiver." *Id*. at 500.

Thus, the joint request to continue the upcoming hearing and to exclude time is **DENIED** without prejudice. The parties are welcome to supplement their request with the required factual basis, but the court is not inclined to consider any further continuance requests of this hearing after Thursday, July 20, 2023.

Dated: July 18, 2023

Andrew G. Schopler
United States District Judge

1

23-cr-0807-AGS